UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BALL DYNAMICS
INTERNATIONAL, LLC,

                Plaintiff,

    v.

DEBORAH G. SAUNDERS, et al.,

                Defendants.

CASE NO. C17-0284JLR

ORDER DENYING MOTION TO
QUASH AND MOTION TO
TRANSFER

Before the court are two related motions filed by Plaintiff Ball Dynamics
International, LLC:  a motion to quash a subpoena *duces tecum* issued from the District
of Colorado (MTQ (Dkt. # 2)); and a motion to transfer the motion to quash pursuant to
Federal Rule of Civil Procedure 45(f) (MTT (Dkt. # 5)).  The parties have settled the
underlying litigation.  *See Ball Dynamics Int'l, LLC v. Saunders*, No.
1:16-cv-00482-NYW-MJW (D. Colo.), Dkt. # 117 (indicating that the parties have settled

//

ORDER - 1

1    and will file dismissal pleadings on or before August 7, 2017).  Accordingly, the court

2    DENIES as moot the motion to quash (Dkt. # 2) and the motion to transfer (Dkt. # 5).

3          Dated this 23rd day of March, 2017.

4

5

6    _____

7    JAMES L. ROBART
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2